UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD R. PEREZ and EILEEN M. PEREZ**                           **PLAINTIFFS**

**V.**                                         **CIVIL ACTION NO.1:06CV402 LTS-RHW**

**ALLSTATE INSURANCE COMPANY;**
**AUDUBON INSURANCE COMPANY; ROBERT H. DEAN;**
**CROWLEY LINER SERVICES, INC.; SOUTH TRUST BANK;**
**and MTC 5393**                                                   **DEFENDANTS**

### ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion to remand is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED** this 27th day of March, 2007.

                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE